# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| **In re:** | Case No. 20-40864 |
| **Paul J. Folkman and Hsueh Mei Folkman,** | Chapter 7 |
| Debtors | |
| **Jeffrey Blanchard and Janine Blanchard,** | |
| Plaintiffs | |
| v. | |
| **Paul J. Folkman and Hsueh Mei Folkman a/k/a Michelle Folkman a/k/a Hsueh Mei Lee, individually, Folkman Development Corporation and NRT New England LLC d/b/a Coldwell Banker Residential Brokerage,** | Adversary No. 20-04083 |
| Defendants | |

## ORDER APPROVING SETTLEMENT WITH THE DEBTOR HSUEH MEI FOLKMAN A/K/A MICHELLE LEE

On April 15, 2025, a *Motion to Approve Settlement with the Debtor* [Dkt. ], (the "Motion") was filed by Hsueh Mei Folkman a/k/a Michelle Lee (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely

written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion to Approve Settlement with the Debtor, filed by Hsueh Mei Folkman a/k/a Michelle Lee on April 15, 2025, is hereby GRANTED, and the settlement terms as set forth in the Settlement Agreement attached to the Motion are approved. The Debtor is authorized to enter into and consummate the Settlement Agreement.

Signed on 06/13/2025

*Brenda T. Rhoades* SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE